96 A.3d 1023

**Haddrick BYRD, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS**
**and Superintendent B.L. Tritt, Respondents.**

**No. 62 EM 2014.**

Supreme Court of Pennsylvania.

July 25, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**